**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

KEVIN BENNETT
ADC #139470                                                                                                    PLAINTIFF

V.                                             3:07CV00169 WRW/JTR

DAN LANGSTON,
Sheriff of Greene County, et al.                                                                      DEFENDANTS

**ORDER**

Plaintiff, Kevin Bennett, who is currently incarcerated at the Grimes Unit of the Arkansas Department of Correction, has commenced this *pro se* § 1983 action against Defendants *See* docket entry #2. Defendants filed their Answer on January 30, 2008. *See* docket entry #14. Plaintiff has requested a jury trial, and the parties have not consented to proceed before a United States Magistrate Judge. *See* docket entry #2 . Accordingly, the parties will be given approximately 90 days to complete discovery and 120 days to file any dispositive motions. Absent the filing of any such motions, the Court will notify the Honorable William R. Wilson, Jr., United States District Judge, that the case is ready to be set on his docket for a jury trial.

IT IS THEREFORE ORDERED THAT:

1. The parties shall complete discovery **on or before May 1, 2008.**

2. The parties shall file any dispositive motions **on or before June 2, 2008.**

Dated this 31st day of January, 2008.

_____
UNITED STATES MAGISTRATE JUDGE